# Claims Distribution Small Checks

**Case:** 08-15435 - TROUTMAN, JEFFREY D
**Trustee:** HAROLD P. BULAN (521350)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Payee: | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3122370413866 | 116 | 11/19/09 | 9 | 07/02/09 | 610 | CREDIT FIRST N.A. | U.S. Bankruptcy Court | 116.66 | 116.66 | 1.28 | 1.28 |

Check Amount: $1.28

Receipt # 1108896 4
12/2/09


FILED
DEC - 2 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

(*) Denotes objection to Amount Filed