110895
$7.14
3/24/10

## Stale Check Report

**Trustee:** HAROLD P. BULAN (521350)
**Case:** 08-15435 - TROUTMAN, JEFFREY D

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 3½-2370413-66 | 117 | 03/10/10 | U.S. Bankruptcy Court | | | | $7.14 |
| | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| Claim No. 13 | 114 | 09/04/09 | 610 | CITIFINANCIAL RETAIL SERVICES P.O. BOX 140489 IRVING, TX 75014-0489 | 650.31 | 650.31 | 7.14 | 7.14 |



FILED MAR 24 2010 BANKRUPTCY COURT BUFFALO, N.Y.

(*) Denotes objection to Amount Filed